**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  Nos. 12 and 13 EM 2021

          Respondent  :

               v.  :

MARTIN BROWN,  :

          Petitioner  :

**PER CURIAM**

    **AND NOW**, this 26th day of May, 2021, the "Application for Permission to File a Petition for Allowance of Appeal *Nunc Pro Tunc*" is DENIED.